**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2301**

KIMBERLY ANN SHREVE,

              Plaintiff - Appellant,

       v.

KRISTEN LYNN FETTER; COLON WILLOUGHBY, JR.; TINA HOAGLAND
BYRD; WAKE COUNTY SHERIFF'S OFFICE,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Malcolm J. Howard,
Senior District Judge.  (5:13-cv-00354-H)

Submitted:  January 21, 2014        Decided:  January 23, 2014

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kimberly Ann Shreve, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kimberly Ann Shreve appeals the district court's order accepting the recommendation of the magistrate judge and dismissing her 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Shreve v. Fetter, No. 5:13-cv-00354-H (E.D.N.C. Oct. 7, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED